1 │ BENJAMIN B. WAGNER
United States Attorney
2 │ ELANA S. LANDAU
Assistant U.S. Attorney
3 │ 4401 Federal Building
2500 Tulare Street
4 │ Fresno, California 93721
Telephone:  (559) 497-4000
5



FILED

NOV 1 0 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ J. HELLINGS
DEPUTY CLERK

6

7 │ # SEALED

8

9 │ IN THE UNITED STATES DISTRICT COURT FOR THE

10 │ EASTERN DISTRICT OF CALIFORNIA

11 │ 1: 1 1 CR 0 0 3 9 9  AWI ———⊣ ⌡

12 │ UNITED STATES OF AMERICA,      )   CASE NO.
                                   )
13 │         Plaintiff,            )   EX PARTE MOTION TO SEAL
                                  ·)   INDICTMENT PURSUANT
14 │       v.                      )   TO RULE 6(e), FEDERAL
                                   )   FEDERAL RULES OF
15 │ TYRONE JOSEPH JOHNSON, JR.,   )   CRIMINAL PROCEDURE
                                   )
16 │         Defendant            )
                                   )
17 │ _____)

18

19 │     The government moves the Court, pursuant to Rule 6(e) of the

20 │ Federal Rules of Criminal Procedure, to order and direct that the

21 │ Indictment returned by the Grand Jury on November 10, 2011,

22 │ charging the above defendant with a violation of Title 18 U.S.c. §

23 │ 922(g)(1) -Prohibited Person in Possession of a Firearm, charges

24 │ be kept secret until the defendant named in the Indictment is

25 │ either in custody or has been given bail on these offenses; and

26 │ further order that until such time as the defendant is in custody

27 │ or has been given bail, that no person shall disclose the finding

28

1

1 | of the Indictment or any warrant issued pursuant thereto, except

2 | when necessary for the issuance and execution of the warrant.

3 |

4 | DATED: November 10, 2011                    Respectfully submitted,

5 |                                             BENJAMIN B. WAGNER
                                                Acting United States Attorney

6 |

7 |                                             By
                                                  ELANA S. LANDAU
                                                Assistant U.S. Attorney

8 |

9 | IT IS SO ORDERED this 10 day of November, 2011

10 |

11 |                                             U.S. Magistrate Judge

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |