ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, TYRONE JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TYRONE JOHNSON,<br><br>    Defendant. | CASE NO. 1:11-CR-399 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference presently calendared for March 12, 2012, be continued to April 23, 2012 to afford the defense sufficient time to complete its ongoing investigation and to allow sufficient time for the government to provide the defense with transcripts of the alleged transactions on which the charges are based.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: March 8, 2012         /s/ Elana Landau
                             **ELANA LANDAU**
                             Assistant United States Attorney
                             **This was agreed to by Ms. Landau via telephone on March 8, 2012**

1

DATED:  March 8, 2012          /s/ Roger K. Litman
                               ROGER K. LITMAN
                               Attorney for Defendant
                               TYRONE JOHNSON

IT IS SO ORDERED.

**Dated:   March 9, 2012**          **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE