BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-00399-AWI-DLB |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| TYRONE JOSEPH JOHNSON, JR., ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Tyrone Joseph Johnson, Jr., it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Tyrone Joseph Johnson, Jr.'s interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. an assault rifle bearing serial number 1985-S-BC4796,

    b. an assault rifle bearing serial number 180023,

    c. thirty (30) rounds of 7.62 x 39mm ammunition found inside the magazine of the assault rifle bearing serial number 1985-S-BC4796,

    d. six (6) boxes of 7.62 x 39mm ammunition.

Preliminary Order of Forfeiture              1

1    2.   The above-listed property constitutes firearms and
2 ammunition involved in or used in a knowing violation of 18 U.S.C. §
3 922(g)(1).
4    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
5 designee) shall be authorized to seize the above-listed property.
6 The aforementioned property shall be seized and held by the Federal
7 Bureau of Investigation in their secure custody and control.
8    4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.
9 § 853(n), and Local Rule 171, the United States shall publish notice
10 of the order of forfeiture.  Notice of this Order and notice of the
11 Attorney General's (or a designee's) intent to dispose of the
12 property in such manner as the Attorney General may direct shall be
13 posted for at least 30 consecutive days on the official internet
14 government forfeiture site www.forfeiture.gov.  The United States may
15 also, to the extent practicable, provide direct written notice to any
16 person known to have alleged an interest in the property that is the
17 subject of the order of forfeiture as a substitute for published
18 notice as to those persons so notified.
19      b.   This notice shall state that any person, other than
20 the defendant, asserting a legal interest in the above-listed
21 property, must file a petition with the Court within sixty (60) days
22 from the first day of publication of the Notice of Forfeiture posted
23 on the official government forfeiture site, or within thirty (30)
24 days from receipt of direct written notice, whichever is earlier.
25    5.   If a petition is timely filed, upon adjudication of all
26 third-party interests, if any, this Court will enter a Final Order of
27 ///
28 ///

Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:     October 12, 2012                    /s/ signature

                                    CHIEF UNITED STATES DISTRICT JUDGE