1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4
   Attorney for Defendant, TYRONE JOHNSON
5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )   CASE NO.  1:11-CR-399 AWI
                                      )
10      Plaintiff,                    )
                                      )   **STIPULATION AND ORDER**
11     v.                             )   **TO CONTINUE SENTENCING**
                                      )
12 TYRONE JOHNSON,                    )
                                      )
13      Defendant.                    )
   _____)
14
        The parties hereto, by and through their respective attorneys, stipulate and
15
   agree that the sentencing hearing presently calendared for December 17, 2012,
16
   be continued to January 7, 2013, at 10:00 a.m.
17
        Defendant's Informal Objections to be filed with the court by December
18
   17, 2012   Defendant's Formal Objections to be filed with the court by
19
   December 31, 2012
20
        This continuance is necessitated because of defense counsel's inability to
21
   communicate with Mr. Johnson despite defense efforts to arrange for timely
22
   transportation of Mr. Johnson to Fresno to meet with counsel.  In addition,
23
   defense counsel's efforts seeking to obtain assistance from the staff at the
24
   Lerdo facility to arrange a collect call to defense counsel, were unsuccessful.
25
        The parties also agree that any delay resulting from this continuance shall
26
   be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
27
   3161(h)(8)(A) and 3161(h)(8)(B)(I).
28

                                        1

```
DATED:  November 30, 2012         /s/ Elana Landau
                                  ELANA LANDAU
                                  Assistant United States Attorney
                                  This was agreed to by Ms. Landau
                                  via email on November 29, 2012


DATED:  November 30, 2012         /s/ Roger K. Litman
                                  ROGER K. LITMAN
                                  Attorney for Defendant
                                  TYRONE JOHNSON
```

IT IS SO ORDERED.

Dated:   November 30, 2012

UNITED STATES DISTRICT JUDGE