ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, TYRONE JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:11-CR-399 AWI |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| TYRONE JOHNSON, ) | |
| Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing hearing presently calendared for January 7, 2013, be continued to January 28, 2013 at 10:00 a.m.

This continuance is necessitated by the inability of the parties to meet on January 2, 2013 so as to permit the government to obtain needed information from Mr. Johnson.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  January 2, 2013           /s/ Elana Landau_____  _____
                                  **ELANA LANDAU**
                                  Assistant United States Attorney
                                  **This was agreed to by Ms. Landau in person on January 2, 2013**

1

| | |
|---|---|
| 1   DATED:  January 2, 2013 | /s/ Roger K. Litman |
| 2 | ROGER K. LITMAN |
|   | Attorney for Defendant |
| 3 | TYRONE JOHNSON |

**ORDER**

IT IS SO ORDERED.

Dated:  January 2, 2013

_____
UNITED STATES DISTRICT JUDGE