ROGER K. LITMAN, 57634
Attorney at Law
7726 North First Street, #352
Fresno, California  93720

Telephone:  (559) 237-6000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:11-CR-00399 AWI/BAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ~~PROPOSED~~** |
| vs. ) | **ORDER TO CONTINUE** |
| ) | **STATUS CONFERENCE** |
| TYRONE JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Roger K. Litman represented Mr. Johnson in the original proceedings in this action.  After the initial appearance re revocation of supervised release on April 20, 2016, the panel administrator contacted defense counsel requesting that he represent Mr. Johnson in the proceedings relating to the alleged violation of conditions of supervised release.

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference scheduled by Magistrate Judge Hon. Jennifer L. Thurston calendared for May 4, 2016, at 1:30 p.m., be continued to May 18, 2016 at 1:30 p.m. before the Hon. Barbara A. McAuliffe, United States Magistrate Judge, due to defense counsel's unavailability on May 4, 2016, due to defense counsel's unavailability.

The continuance will prevent Mr. Johnson from unnecessarily traveling to Fresno from the Lerdo facility on the date presently set, will result in efficient use of court resources and not, in defense counsel's opinion, prejudice Mr. Johnson in any manner.

///

///

1

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(7)(A) and 3161(h)(7)(B)(1).

DATED: April 22, 2016			/s/ Vincenza Rabenn
					VINCENZA RABENN
					Assistant United States Attorney
					This was agreed to by Ms. Rabenn
					Via telephone on April 22, 2016


DATED: April 22, 2016			/s/ Roger K. Litman
					ROGER K. LITMAN
					Attorney for Defendant
					TYRONE JOHNSON

**ORDER**

The 1st Status Conference re Violation of Supervision is continued from Duty Calendar of May 4, 2016 at 1:30PM before Judge Boone to Duty Calendar of May 18, 2016 at 1:30PM before Judge McAuliffe.

IT IS SO ORDERED.

Dated:  **May 2, 2016**			/s/ Barbara A. McAuliffe
					UNITED STATES MAGISTRATE JUDGE